Argued and submitted May 12, reversed and remanded July 28, 2021

In the Matter of O. R. K.,
a minor child.

Thomas Ross KEFFER,
*Petitioner-Respondent,*

*v.*

O. R. K.,
proposed protected person,
*Respondent below,*
*and*

Jennifer KEFFER-McCOMAS,
*Objector-Appellant.*

Deschutes County Circuit Court
20PR00141; A175019

491 P3d 831

Alicia N. Sykora, Judge.

George W. Kelly argued the cause and filed the brief for appellant.

Sean M. Jorgensen argued the cause for respondent. Also on the brief was Intermountain Law, PC.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded. *Keffer v. A. R. M.*, 313 Or App 503, 497 P3d 781 (2021).